PER CURIAM.
No error or abuse of discretion has been demonstrated.
We affirm. Pierson v. Sharp, 283 So.2d 880 (4th D.C.A.Fla.1973); Blacharski v. Watts, 268 So.2d 465 (4th D.C.A.Fla.1972); Rosenstein v. Raticoff, 265 So.2d 387 (4th D.C.A.Fla.1972); Castaldo v. Singapore J. F. Inc., 258 So.2d 499 (3d D.C.A.Fla.1972); Latin American Benefit Center, Inc. v. Johnstoneaux, 257 So.2d 86 (3d D.C.A.Fla.1972); Sun Plastics, Inc. v. Internat’l Identifiers, Inc., 213 So.2d 258 (3d D.C.A.Fla.1968); Phillips v. Blum, 139 So.2d 459 (3d D.C.A.Fla.1962).
Affirmed.
WALDEN, MAGER and DOWNEY, JJ., concur.